IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-00765-RPM-CBS

THE UNITED STATES OF AMERICA for the
use and benefit of QED, INC.,

       Plaintiff,

vs.

A4 CONSTRUCTION COMPANY, INC.;
FIDELITY & DEPOSIT COMPANY OF MARYLAND,

       Defendants.
_____

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**
_____

This matter comes before the Court on the parties' Joint Motion for Dismissal With Prejudice. The Court, being fully advised in the matter, hereby finds as follows:

1. In July, 2013, the parties reached a settlement agreement, whereby they agreed to resolve all claims brought by any party to this litigation. The parties informed the Court of their settlement agreement, and on July 12, 2013, the Court entered the Order Granting Plaintiff's Unopposed Motion to Stay [Doc. 26] to allow the parties time to complete their respective obligations under the settlement agreement.

2. The parties have complied with their respective obligations under the settlement agreement and have filed their Joint Motion for Dismissal With Prejudice to advise the Court of the same.

It is therefore ORDERED, ADJUDGED AND DECREED as follows:

1. All claims brought by any party in this action are hereby DISMISSED WITH PREJUDICE.

2. Plaintiff and Defendant A4 Construction Co., Inc. shall bear their own costs and attorney's fees incurred in this action. Defendant Fidelity and Deposit Company of Maryland will make no claim for costs and attorney's fees against Plaintiff, but nothing herein is intended to or shall in any way limit Defendant Fidelity & Deposit Company of Maryland's ability to recover any and all losses it has incurred or will incur from any indemnitors as a result of issuing any bonds to Defendant A4 Construction Company, Inc.

DATED:  December 6, 2013

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge

Approved by Counsel:

/s/ Ryan B. Braithwaite
Ryan B. Braithwaite
BENNETT TUELLER JOHNSON & DEERE, LLC
3165 East Millrock Drive, Suite 500
Salt Lake City, Utah 84121
Telephone:    (801) 438-2000
Email: rbraithwaite@btjd.com
*Attorneys for Plaintiff QED, Inc.*

/s/ Connor L. Cantrell
Patrick Q. Hustead
Connor L. Cantrell
THE HUSTEAD LAW FIRM, P.C.
4643 South Ulster Street, Suite 1250
Denver, CO 80237
Telephone:   (303) 721-5000
Email:         clc@thlf.com
   *Attorneys for Defendant Fidelity & Deposit Company of Maryland*